| | |
|---|---|
| 1 | **ERIN J. RADEKIN**<br>**Attorney at Law - SBN 214964** |
| 2 | 428 J Street, Suite 350<br>Sacramento, California 95814 |
| 3 | Telephone: (916) 446-3331<br>Facsimile: (916) 447-2988 |
| 4 | |
| 5 | Attorney for Defendant<br>GUILLERMO PINEDA-SOLORIO |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **2:11-CR-00348 LKK** |
| v. | |
| GUILLERMO PINEDA-SOLORIO, et al., | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| Defendants. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Heiko Coppola, defendant Marcelo Rangel-Mongel, by and through his counsel, Clemente Jimenez, defendant Agustin Mercado-Valdovinos, by and his counsel, Olaf Hedberg, defendant Miguel Angel Ruiz, by and through his counsel, Kelly Babineau, and defendant Guillermo Pineda-Solorio, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, October 25, 2011 at 9:15 a.m., and to continue the status conference to December 20, 2011 at 9:15 a.m. in the courtroom of the Honorable Lawrence K. Karlton.

The reason for this request is that all above-named defense counsel need additional time to complete review of discovery, review of plea agreements, and other defense preparation. Further, the above-named parties need additional time for plea negotiations. The Court is advised that Mr. Copploa and all defense counsel named above concur with this request and have authorized Ms.

Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until December 20, 2011 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: October 24, 2011     BENJAMIN WAGNER
United States Attorney

By:    /s/ Heiko Coppola
HEIKO COPPOLA
Assistant United States Attorney

Dated: October 24, 2011     /s/ Clemente Jimenez
CLEMENTE JIMENEZ
Attorney for Defendant
MARCELO RANGEL-MONGEL

Dated: October 24, 2011     /s/ Olaf Hedberg
OLAF HEDBERG
Attorney for Defendant
AGUSTIN MERCADO-VALDOVINOS

Dated: October 24, 2011     /s/ Kelly Babineau
KELLY BABINEAU
Attorney for Defendant
MIGUEL ANGEL RUIZ

Dated: October 24, 2011     /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
GUILLERMO PINEDA-SOLORIO

/ / /

/ /

/

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of October 25, 2011 at 9:15 a.m. is VACATED and the above-captioned matter is set for status conference on December 20, 2011 at 9:15 a.m. The court finds excludable time in this matter through December 20, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: October 25, 2011

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT