1  `ERIN J. RADEKIN
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  GUILLERMO PINEDA-SOLORIO

6

7                  **IN THE UNITED STATES DISTRICT COURT**

8              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,

11              Plaintiff,                    **2:11-CR-00348 LKK**

12  v.

13                                           **STIPULATION AND ORDER TO**
                                             **CONTINUE STATUS CONFERENCE**
14  GUILLERMO PINEDA-SOLORIO, et al.,

15              Defendants.

16

17

18                              <u>**STIPULATION**</u>

19        Plaintiff, United States of America, by and through its counsel, Assistant United States

20  Attorney Heiko Coppola, and defendant Guillermo Pineda-Solorio, by and through his counsel, Erin

21  J. Radekin, agree and stipulate to vacate the date set for status conference, December 20, 2011 at 9:15

22  a.m., and to continue the status conference to January 24, 2012 at 9:15 a.m. in the courtroom of the

23  Honorable Lawrence K. Karlton.

24        The government has provided Mr. Pineda-Solorio with a plea agreement and he is prepared to

25  accept the agreement; however, Ms. Radekin needs additional time to meet with him to prepare for

26  entry of plea.  This process has been delayed because Ms. Radekin broke her foot on November 29,

27  2011, and had surgery to repair the injury to her foot on December 9, 2011.  She will not be

28  sufficiently recovered and mobile to appear in court until mid-January.  The Court is advised that Mr.

    Copploa concurs with this request and has authorized Ms. Radekin to sign this stipulation on his

behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until January 24, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: December 16, 2011          BENJAMIN WAGNER
                                  United States Attorney

                          By:_____/s/ Heiko Coppola_____
                                  HEIKO COPPOLA
                                  Assistant United States Attorney


Dated: December 16, 2011          _____/s/ Erin J. Radekin_____
                                  ERIN J. RADEKIN
                                  Attorney for Defendant
                                  GUILLERMO PINEDA-SOLORIO

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of December 20, 2011 at 9:15 a.m. is VACATED and the above-captioned matter is set for status conference on January 24, 2012 at 9:15 a.m.   The court finds excludable time in this matter through January 24, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: December 16, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT