`ERIN J. RADEKIN
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
GUILLERMO PINEDA-SOLORIO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **2:11-CR-00348 LKK** |
| v. | |
| GUILLERMO PINEDA-SOLORIO, et al., | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| Defendants. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Heiko Coppola, and defendant Guillermo Pineda-Solorio, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, February 14, 2012 at 9:15 a.m., and to continue the status conference to February 28, 2012 at 9:15 a.m. in the courtroom of the Honorable Lawrence K. Karlton.

The reason for this request is that Ms. Radekin and Mr. Coppola are still working out details of the plea agreement. The parties contemplate that Mr. Pineda-Solorio will be prepared to change his plea on February 28th. The Court is advised that Mr. Copploa concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until February 28, 2012 should be excluded in computing time for commencement of trial under the

Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: February 13, 2012      BENJAMIN WAGNER
United States Attorney

By:     /s/ Heiko Coppola
HEIKO COPPOLA
Assistant United States Attorney

Dated: February 13, 2012      /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
GUILLERMO PINEDA-SOLORIO

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of February 14, 2012 at 9:15 a.m. is VACATED and the above-captioned matter is set for status conference on February 28, 2012 at 9:15 a.m. The court finds excludable time in this matter through February 28, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: February 13, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT